IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>      v.<br><br>Green Roof Real Estate, LLC, a California limited liability company,<br><br>            Defendant.<br>_____ | 2:11-cv-00031-GEB-JFM<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

      Plaintiff states in his Status Report filed July 5, 2011 that he "has filed a request for clerk's entry of default [against Defendant] and anticipates a motion for default date in October 2011."(ECF No. 13, 3:12-13.)

      Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within forty-five (45) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on September 2, 2011, why this action should not be dismissed for failure of prosecution.

      Further, the status conference scheduled for hearing on July 18, 2011, is continued to commence at 9:00 a.m. on November 14, 2011. A status report shall be filed fourteen (14) days prior to the status

conference in which Plaintiff is required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated:  July 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge